IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| ANDREW BRESHEARS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 6:24-cv-03314-MDH |
| ) | |
| AGAPE BAPTIST CHURCH, INC. d/b/a Agape ) | |
| Boarding School, and BRYAN CLEMENSEN, ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On March 25, 2025, this Court stayed the case for thirty days to allow Plaintiff to find additional representation after his original attorneys had withdrawn from the case. (Doc. 14). Plaintiff was mailed and emailed a copy of the Order. Plaintiff did not respond and any attempts at mailing were returned as undeliverable. (Doc. 15). On May 5, 2025 the Court Ordered that this case would be dismissed without prejudice for failure to prosecute in fourteen days absent a showing from Plaintiff a willingness to pursue this case. (Doc. 16). That Order was emailed to Plaintiff. *Id*. Plaintiff failed to respond within the fourteen-day period.

WHEREFORE, Plaintiff, having not responded to the Order on May 5, 2025, the Court hereby dismisses this case in its entirety, without prejudice, for failure to prosecute.

**IT IS SO ORDERED**.

DATED:   May 20, 2025

                                                */s/ Douglas Harpool*
                                                **DOUGLAS HARPOOL**
                                                **UNITED STATES DISTRICT JUDGE**